# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   **PLAINTIFF,**

vs.                CASE NO.  19-40075-HLT

**DANIEL MAINVILLE,**
   **DEFENDANT.**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

On or about June 24, 2018, in the District of Kansas, the defendant,

**DANIEL MAINVILLE,**

did knowingly and intentionally possessed a firearm namely:

**a Stoeger, model Cougar 8040 F, .40 caliber pistol, serial number T6429-15D02150**;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the distribution of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 18, United States Code, Sections 924 (c)(1)(A) and 924 (c)(1)(B).

1

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 1, the defendant,

**DANIEL MAINVILLE**,

shall forfeit to the United States of America any firearms or ammunition used in the commission of the offense in Count 1. The property to be forfeited includes, but is not limited to, **a Stoeger, model Cougar 8040 F, .40 caliber pistol, serial number T6429-15D02150** and any accompanying ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

August 21, 2019
DATE

*s/Foreperson*
FOREPERSON OF THE GRAND JURY

 Skipper Jacobs #26848
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]